

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00091-CR

**HAKEEM JAMAL ROLLINS,**

                                                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                             **Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 19-03394-CRF-85

## MEMORANDUM OPINION

Hakeem Jamal Rollins was convicted of aggravated robbery.  We affirm the trial court's judgment.

Rollins's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous.  *See Anders v. California*, 386 U.S. 738 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel.  We conclude that counsel has performed the

duties required of appointed counsel.  *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous."  *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991).  An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact."  *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988).  In our review, we have paid particular attention to the issues identified in appellant's pro se response to his counsel's brief in support of the motion to withdraw.  After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous.  *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Rollins is granted.


TOM GRAY
Chief Justice



Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Affirmed
Opinion delivered and filed February 23, 2022
Do not publish
[CRPM]